UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOREY YOUNG and COREY YOUNG,

    Plaintiffs,                               Case No. 10-13009

v.                                         HONORABLE STEPHEN J. MURPHY, III

WARREN POLICE OFFICER CHARLES
SPRINGER, et al.,

    Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated November 30, 2011, the Complaint is **DISMISSED WITH PREJUDICE** as to Plaintiff's 28 U.S.C. § 1983 claim under Count I; and **REMANDED** to the Wayne County Circuit Court as to Plaintiff's remaining claims.

Dated at Detroit, Michigan this 1st day of December, 2011.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                                            BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2011, by electronic and/or ordinary mail.

                                        s/Carol Cohron
                                        Case Manager

2:10-cv-13009-SJM-MJH   Doc # 27   Filed 12/01/11   Pg 2 of 2   Pg ID 362