UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOREY YOUNG and COREY YOUNG,

    Plaintiffs,                              Case No. 10-13009

v.                                          HONORABLE STEPHEN J. MURPHY, III

WARREN POLICE OFFICER CHARLES
SPRINGER, et al.,

    Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated November 30, 2011, the Complaint is **DISMISSED WITH PREJUDICE** as to Plaintiff's 28 U.S.C. § 1983 claim under Count I; and **REMANDED** to the Wayne County Circuit Court as to Plaintiff's remaining claims.

Dated at Detroit, Michigan this 1st day of December, 2011.

                                                                DAVID J. WEAVER
                                                                 CLERK OF THE COURT

                                                                 BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2011, by electronic and/or ordinary mail.

<div style="margin-left:auto">

s/Carol Cohron
Case Manager

</div>